# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CHRISTOPHER D. WHITE, | Civil 10-0501 (JRT/JSM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| BRIAN R. JETT, Warden; ERIC HOLDER, United States Attorney General; and HARLEY G. LAPPIN, Director of Federal Bureau of Prisons, | |
| Respondents. | |

---

Christopher D. White, Prisoner No. 42780-037, Federal Medical Center, Post Office Box 4000, Rochester, MN 55903, pro se petitioner.

D. Gerald Wilhelm, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 18, 2010 [Docket No. 14]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] be **DISMISSED WITH PREJUDICE**.

2. Petitioner's Pro-Se Motion for Summary Judgment /Time Default /pursuant to 28 U.S.C. § 2243 [Docket No. 7] be **DENIED**.

**JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 20, 2010
at Minneapolis, Minnesota

                                           s/ John R. Tunheim
                                           JOHN R. TUNHEIM
                                         United States District Judge